IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-133-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSHUA LAMONT BETHEA, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's motion [D.E. 312] not later than September 9, 2025.

SO ORDERED. This __26__ day of August, 2025.

JAMES C. DEVER III
United States District Judge